| Ex Parte | 2010 TSPR 183 |
| Agnes Maisonet de Marcano | 179 DPR _____ |

Número del Caso: TS-7695

Fecha: 19 de agosto de 2010

Abogado de la Parte Peticionaria:

Por derecho propio

Materia: Baja voluntaria del ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


Ex Parte


                                7695
Agnes Maisonet de Marcano




Sala de Verano integrada por el Juez Presidente señor Hernández Denton, la Juez Asociada señora Pabón Charneco y el Juez Asociado señor Kolthoff Caraballo.

                            RESOLUCIÓN


        San Juan, Puerto Rico, a  19 de agosto de 2010


        Examinada la Moción Solicitando Baja Voluntaria presentada por la Lcda. Agnes Maisonet de Marcano, así como la comunicación de la Procuradora General, se autoriza su baja voluntaria.

        Publíquese.

        Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                        Aida Ileana Oquendo Graulau
                        Secretaria del Tribunal Supremo